UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Sean G Felden_

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_Contemporary Security Services_

_____

(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/13
```

**AMENDED
COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☐ Yes  ☒ No
(check one)

12 Civ. 7486 (LAP)

This action is brought for discrimination in employment pursuant to: (check only those that apply)

✓     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____     New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____     New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

*Rev. 07/2007*                                       1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name _Sean G Felder_
              Street Address _2579 P 8Th Ave_
              County, City _Harlem_
              State & Zip Code _NY   10030_
              Telephone Number _646-673-1997_

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name _Contemporary Security Services_
             Street Address _1701 Superior St (ATT CEO Damon Zumualt)_
             County, City _Northridge_
             State & Zip Code _California, 91325_
             Telephone Number _818-885-5150_

C.  The address at which I sought employment or was employed by the defendant(s) is:

             Employer _US Open Tennis (Billie Jean King)_
             Street Address _Flushing Meadow Park_
             County, City _Flushing_
             State & Zip Code _NY  11368_
             Telephone Number _718-760-6200_

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

    [✓]  Failure to hire me.

    ___  Termination of my employment.

    ___  Failure to promote me.

    ___  Failure to accommodate my disability.

    ___  Unequal terms and conditions of my employment.

    [✓]  Retaliation.

*Rev. 07/2007*                          2

      Other acts *(specify)*: Speaking out against racism at usopen

   *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: __8/3/10__ .
                                         *Date(s)*

C. I believe that defendant(s) *(check one)*:

   ✓ is still committing these acts against me.

   ___ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

   ☑ race __Black__   ☑ color __Black__

   ☐ gender/sex _____   ☐ religion_____

   ☐ national origin _____

   ☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

   ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

On 8/3/10 I applied to work seasonal security at US Open Tennis to make extra cash. CSC VP Scott Dennison sarcastically said (Hello) when I filled application. Then 15 minutes later he nastily said (We no longer need your services) I told Scott that USTA Head of Security Mike Rodriguez told me 4/10 in person I can work 2010 US Open Tennis. Scott said (Noone told me) and nastily told me to get out of the premises. I will mail copy of my last paycheck from CSC, schedule of 2009 US Open Tennis!

   *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____8/3/10_____ *(Date)*.

B. The Equal Employment Opportunity Commission *(check one)*:

Rev. 07/2007              3

_____   has not issued a Notice of Right to Sue letter.

__✓__   issued a Notice of Right to Sue letter, which I received on __can't say__ (Date).

I gave letter to the clerks office!

Note: *Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.

_____   less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __I seek $1 million or $500,000 based on emotional distress, lost wages, false allegations against my integrity and character! And loss of income__

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of __Jan 14__, 20__13__.

Signature of Plaintiff  __Sean J. Felder__

Address  __2579 D 8Th Ave__

__Harlem NY 10030__

Telephone Number  __646-673-1997__

Fax Number *(if you have one)* _____

1/14/12

To: Judge Preska
From: Claimant Sean Felder (12 civ-07486)

RECEIVED JAN 10 2013 PRO SE OFFICE

I enclosed my final paystub and schedule working the 2009 US Open Tennis for Contemporary Security Services! Since being discriminated 8/3/10 by CSC VP Scott Dennison, I lost 3 years of income when I was security supervisor at US Open Tennis!

My witnesses that spoke to Village Voice reporter Graham Raymond about CSC violating labor laws, racism at US Open Tennis was true. My friend Nevin Reid was called a "nigger" and that was disgusting and horrible!

I heard that CSC VP Scott Dennison was still working the US Open Tennis! This is the same man who violated my rights denying me work 8/3/10, made false allegations against my integrity and character and berated minority workers. Why is he still employed and I'm not?

Ask USTA Head of Security Mr Rodriquez my work history at US Open Tennis 2002-2009, please, where's the writeups?

CSC still haven't provided any burden of →

proof that I was a poor worker, soliciting at US Open Tennis in 2009.

What was the day, date and time this happened, Damon Zumwalt tried to insult me on internet when I asked him to settle out of court!

CSC Security is a multimillion dollar corporation, they are dragging this case and wasting my time and your time Judge Preska.

I seek $1 million in award compensation based on the false allegations made by CSC Security, they ruined my integrity and character.

I'm afraid to put this company down as job reference because Mr Zumwalt may say nasty things about me if I apply for future jobs.

I'm not a bad person, was disturbed and hurt that I was discriminated 8/3/10.

I just celebrated 10 years as employee at Radio City Music Hall. Ask my security supervisors (212-485-7200) about my character, kindness to others. Tell CSC Security to settle out of court and move on.

Thank you Judge Preska!

Claimant
Sean Felder



Supervisor Schedule of 2009 US Open Tennis Made by CSC Security

# Scheduling

## Employee Schedule

**Employee #:** 710108    **Name:** Felder, Sean    **Branch:** Special Events 2

| Job # | Job Name | Venue Name | Shift Name | Shift Role | Start | Finish |
|---|---|---|---|---|---|---|
| 2,936 | Aug 29 USTA W2 S4 | Billie Jean King National Te | S4 AM 6 | Supervisor | Sat, 08/29/2009 7:00 | Sat, 08/29/2009 19:00 |
| 2,961 | Aug 31 USTA W2 S3 | Billie Jean King National Te | S3 AM 6 | Supervisor | Mon, 08/31/2009 7:00 | Mon, 08/31/2009 16:00 |
| 2,953 | Aug 30 USTA W2 S3 | Billie Jean King National Te | S3 AM 4 | Supervisor | Sun, 08/30/2009 7:00 | Sun, 08/30/2009 19:00 |
| 3,010 | Sep 5 USTA W3 S3 | Billie Jean King National Te | S3 AM 6 | Supervisor | Sat, 09/5/2009 7:00 | Sat, 09/5/2009 16:00 |
| 3,011 | Sep 6 USTA W3 S3 | Billie Jean King National Te | S3 AM 4 | Supervisor | Sun, 09/6/2009 7:00 | Sun, 09/6/2009 16:00 |
| 3,013 | Sep 8 USTA W3 S3 | Billie Jean King National Te | S3 AM 4 | Supervisor | Tue, 09/8/2009 7:00 | Tue, 09/8/2009 16:00 |
| 3,017 | Sep12 USTA W4 S3 | Billie Jean King National Te | S3 AM 4 | Supervisor | Sat, 09/12/2009 7:00 | Sat, 09/12/2009 16:00 |

**Number of Schedules:** 7

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

SEAN G FELDER
2579D 8TH AVE
NEW YORK, NY 10030

Soc Sec #: XXX-XX-XXXX   Employee ID: 710108
Hire Date: 07/29/09
Status:
Filing Status:
Federal: Single, 0
State: NY, Single, 0
Br/Dept: 71/71010

Pay Period: 08/22/09 to 09/04/09
Check Date: 09/11/09   Check #: 444338

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 893.54 | 1277.77 |
| Net Pay | 893.54 | 1277.77 |

**EARNINGS**

| | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| 71291902082B | REGULAR | 11.00 | 17.0000 | 187.00 | | |
| 712E96020829 | REGULAR | 11.00 | 17.0000 | 187.00 | | |
| 713333020827 | REGULAR | 10.50 | 17.0000 | 178.50 | | |
| 712961020831 | REGULAR | 9.00 | 17.0000 | 153.00 | | |
| 713055020902 | REGULAR | 9.25 | 17.0000 | 157.25 | | |
| 713386020903 | REGULAR | 10.75 | 17.0000 | 182.75 | 109.50 | 1525.50 |
| 713386020903 | OVERTIME | 4.25 | 25.5000 | 108.38 | 4.25 | 108.38 |
| | GROSS | 65.75 | | 1153.88 | 113.75 | 1633.88 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GUARD CD | | 25.00 |
| TOTAL | 0.00 | 25.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 125.47 | 149.85 |
| OASDI | 71.54 | 101.30 |
| MEDICARE | 16.73 | 23.69 |
| STATE W/H NY | 45.40 | 53.87 |
| STATE SDI NY | 1.20 | 2.40 |
| TOTAL | 260.34 | 331.11 |

**NET PAY**

| CURRENT ($) |
|---|
| 893.54 |

Payrolls by Paychex, Inc.
480-4627 CONTEMPORARY SERVICES CORP ■ PO BOX 260456 ■ NORTHRIDGE, CA 91328 ■

