UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEAN G. FELDER,                                             12 CV 07486 (PAC) (RLE)

                Plaintiff,

                                                **RULE 7.1 STATEMENT**

-against-

CONTEMPORARY SECURITY SERVICES,

                Defendant.
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, CONTEMPORARY SERVICES CORPORATION s/h/a CONTEMPORARY SECURITY SERVICES (CSC), a private non-governmental party, certifies that it does not have any corporate parents and/or subsidiaries of said party, which are publicly held.  CSC does have affiliated entities under common ownership, a list of which is as follows:

- Event Services America, Inc. d/b/a Contemporary Services Company;
- Executive Security Management, Inc. d/b/a the APEX Group;
- Contemporary Services Company – International, LLC;
- ProtaTech, LLC;
- ProtaTech Development Company LLC;
- ProtaTech, Inc.;
- Cultural Property Protection Group, LLC;
- The Contemporary Group, LLC;
- Collectivity, LLC;
- Concert Services, Inc.;
- Print Secure, LLC;
- Contemporary International Holdings, LLC;
- Contemporary International Canada, ULC;
- Contemporary International Luxembourg SARL;
- CSC Luxembourg SARL;
- Contemporary Security Canada Holdings, LLC;
- Contemporary Services Canada, ULC;
- Contemporary International Asia Pacific Pty Ltd.;
- Adventous, Inc.;

- Apex Executive Security Group Texas, LLC;
- Infinite Security International, LLC;
- Apex Security Group, Inc.;
- CSC Aviation, LLC;
- Contemporary UK Holdings, LLC;
- Security Training & Placement Academy, Inc.; and
- Contemporary Security Canada, ULC.

Dated: New York, New York
December 26, 2013

LITCHFIELD CAVO LLP

By: _____
Victor A. Vincenzi (VAV - 6652)

420 Lexington Avenue, Suite 2104
New York, NY  10170
(212) 434-0100
***Attorneys for Defendant***

TO: SEAN G. FELDER
2579 D 8th Avenue
Harlem, NY  10030