

**LITCHFIELD CAVO** LLP
Attorneys at Law

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
(212) 818-0289
(212) 434-0105 fax
vincenzi@litchfieldcavo.com

April 16, 2014

Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    SEAN FELDER v. CONTEMPORARY SECURITY SERVICES
            Docket No.:   12 CV 07486 (PAC) (RLE)
            Our File No.:  2936-22

Your Honor:

    Initially, I wish to apologize for not appearing for the conference scheduled before you on April 16, 2014. After receiving a call from your chambers, I immediately called plaintiff's counsel, Laurie Morrison, who informed me that she was also unaware of the conference. Ms. Morrison also extends her apologies to the Court.

    We will both be available for a conference on May 7, 8, 13 or 14. An afternoon conference would be preferred if this is possible. Ms. Morrison requests, that for medical reasons, the conference be done by telephone.

    Thank you for your consideration in this matter.

                                                            Very truly yours,

                                                            Victor A. Vincenzi (VAV – 6652)

VAV:rb

cc:    Laurie E. Morrison, Esq.
        Via Email Morrison@lemorrisonlaw.com

Chicago • Hartford • Boston • New York • New Jersey • Pittsburgh • Philadelphia • Houston
Los Angeles • Fort Lauderdale • Tampa • Wisconsin • West Virginia

www.litchfieldcavo.com